**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TALLEY FARMS, INC., a corporation, ) | NO. 1:08-CV-01257-AWI-DLB |
|     Plaintiff, ) | JUDGMENT AGAINST DEFENDANTS FIVE STAR DEPOT, LTD, a/t/a CALIFORNIA TREE RIPE, LTD, FIVE STAR PARTNERS, LLC, TED NAKATA, and MARK NAKATA |
|     v. ) | |
| FIVE STAR DEPOT, LTD, a/t/a CALIFORNIA TREE RIPE, LTD, a corporation, FIVE STAR PARTNERS, LLC, a limited liability company, TED NAKATA, an individual, and MARK NAKATA, an individual, ) | |
|     Defendants ) | |

Having read and considered the Parties' Stipulation For Entry Of Judgment Against Defendants FIVE STAR DEPOT, LTD, a/t/a CALIFORNIA TREE RIPE, LTD, FIVE STAR PARTNERS, LLC, TED NAKATA, and MARK NAKATA; Order Thereon and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of TALLEY FARMS, INC., and against Defendants FIVE STAR DEPOT, LTD, a/t/a CALIFORNIA TREE RIPE, LTD, FIVE STAR PARTNERS, LLC, TED NAKATA, and MARK NAKATA, jointly and severally, in the total amount of $26,445.00 (itemized as $20,581.10 in principal, plus $1,785.00 in attorney's fees, $516.50 in costs, and $3,562.40 in finance charges calculated at the rate of 1.5% per month from

the date each payment became due invoice became due through November 7, 2008), and all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, et seq.].

    Plaintiff is further entitled to receive post-judgment interest at the rate of 18% per annum on all unpaid principal sums due under this judgment in until fully paid.

    The Clerk shall enter judgment forthwith.

    All pending motions are denied as moot.

IT IS SO ORDERED.

**Dated:   November 19, 2008**          /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE